UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEFFERSON RODOLFO TELLO QUINTEROS, A-241-311-079,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | No.  1:26-cv-3372-DC-CKD (HC)<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 9) |

Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 3, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days. Respondent filed objections to the findings and recommendations. ECF No. 10.  However, in those objections, Respondent merely states that they object "for the reasons set forth in Respondents' May 19, 2026 briefing." *Id.*  Those arguments were addressed by the magistrate judge in the findings and recommendations and have already been rejected by this court in other cases. *See M.M. v. Bondi*, No. 1:26-cv-00813-DC-AC, 2026 WL 604200 (E.D. Cal. Mar. 4, 2026); *Nasar v. Warden*, No. 2:26-cv-00433-DC-AC, 2026 WL 731160 (E.D. Cal. Mar. 16, 2026). Thus, Respondent's objections do not provide a basis

1

upon which to reject the findings and recommendations.

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations (ECF No. 9) are ADOPTED;

2. The petition for writ of habeas under 28 U.S.C. § 2241 is GRANTED and respondents are ORDERED to provide, within seven (7) days of the date of entry of this order, petitioner YEFFERSON RODOLFO TELLO QUINTEROS (A-241-311-079) a bond hearing before an Immigration Judge at which the government bears the burden of showing by clear and convincing evidence that petitioner is either a flight risk or danger to the community to justify his continued detention;

3. Petitioner's request for relief in the form of a temporary restraining order prohibiting respondents from moving him to a facility outside this district pending the outcome of these proceedings is denied as moot;

4. Petitioner's request for relief in the form of a temporary restraining order ordering his immediate release from custody is denied;

5. Petitioner's request for attorney's fees is denied without prejudice to the filing of a properly noticed and supported motion; and

6. The Clerk of the Court shall enter judgment for petitioner and close this case.

IT IS SO ORDERED.

Dated:   **June 12, 2026**

Dena Coggins
United States District Judge

2